*Henry F. Gardner, District Attorney,* for appellant.
*Ellsworth Baker* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MARY BARBER et al., Respondents, *v.* WILLIAM H. ROWE, JR., et al., Appellants.

*Real property — decedent's estate — lien — action to foreclose lien of legacy upon real property.*

*Barber* v. *Rowe,* 200 App. Div. 290, affirmed.

(Argued January 31, 1923; decided February 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 13, 1922, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was to have a certain legacy under the will of Trueman Waller, deceased, adjudged to be a lien upon certain real property and to foreclose the same. By his will testator devised the real property in question to his son and wife. By a subsequent provision he gave to his daughter the interest at six per cent upon $2,000 during her life with a direction as to disposition of the principal upon her death and further provided: " I do hereby declare the said sum of two thousand dollars and the interest thereon as aforesaid to be a charge and lien on the farm hereinbefore devised to said Wallace Waller and Betsey Waller his wife."

*Nash Rockwood* and *Harry P. Pendrick* for appellants.
*John H. Barker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.